IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK A. BREWER,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3838

Opinion filed August 4, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Patrick A. Brewer, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.